UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.: 15-cv-22495-TURNOFF**

OSCAR JAVIER FERNANDEZ and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

ALUM HOME SOLUTIONS, INC.,
and SERGIO ALUM,

    Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, OSCAR JAVIER FERNANDEZ ("Plaintiff"), and Defendants, ALUM HOME SOLUTIONS, INC. and SERGIO ALUM ("Defendants"), by and through their respective undersigned counsel, and pursuant to the Court's instructions [D.E. 28], hereby stipulate that all claims brought herein by Plaintiff against Defendants shall be Dismissed with Prejudice, with each party to bear its own fees and costs, and with the Court to retain jurisdiction for enforcement of the Settlement, Release and Non-Disclosure Agreement between the parties.

    Respectfully submitted this 10th day of November, 2015,

| | |
|---|---|
| **/s/ Julia M. Garrett** | **/s/ Jenna N. Kochen** |
| Steven Fraser | Jenna N. Kochen |
| Florida Bar No.: 625825 | Florida Bar No. 0098640 |
| steven.fraser.esq@gmail.com | jkochen@anblaw.com |
| Julia M. Garrett | **ALLEN, NORTON & BLUE, P.A.** |
| Florida Bar No.: 105151 | 121 Majorca Avenue, Suite 300 |
| jgarrett.jhzidellpa@gmail.com | Coral Gables, FL 33134 |
| **J.H. Zidell, P.A.** | Tel: 305-445-7801 |
| 300 71st Street, Suite 605 | Fax: 305-442-1578 |
| Miami Beach, Florida 33141 | *Counsel for Defendants* |
| Tel: 305-865-6766 | |
| Fax: 305-865-7167 | |
| *Counsel for Plaintiff* | |

380840

## CERTIFICATE OF SERVICE

     I hereby certify that on November 10, 2015 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              /s/ Jenna N. Kochen
                                                          Attorney

## SERVICE LIST

### FERNANDEZ v. ALUM HOME SOLUTIONS, INC. and SERGIO ALUM
### CASE NO.: 15-cv-22495-DPG

J.H. Zidell, Esq.
zabogado@aol.com
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: 305-865-6766
Fax: 305-865-7167
*Counsel for Plaintiff*

Jenna N. Kochen, Esq.
jkochen@anblaw.com
Allen, Norton & Blue, P.A.
121 Majorca Avenue, Suite 300
Coral Gables, Florida 33134
Tel: 305-445-7801
Fax: 305-442-1578
*Counsel for Defendants*

380840